FRANK L. JAMES AND MARIE A JAMES *v.* KULA DEVELOPMENT CORPORATION, WILLIAM S. ELLIS, JR., MASARU SUMIDA, CHARLEY SHIRAISHI AND STANLEY UNTEN.

No. 4598.

January 5, 1967.

RICHARDSON, C.J., CASSIDY, WIRTZ, LEWIS, AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing filed on December 27, 1966 is denied without argument.

Since the motions to amend the opinion and to set aside the order of dismissal accompanying the petition for rehearing add nothing to the petition, they likewise are denied without argument.

*Ralph E. Corey (Clark, Corey, Robinson, Ryan & Ryan* of counsel), and *William S. Ellis, Jr.,* pro se, for the petition.